SERENA M. WARNER SB No. 264799
 Email: swarner@akk-law.com
MADISON R. SYKES No. 356640
 Email: msykes@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF TEHAMA, MATT ROGERS, DAVE KAIN, JEFF GARRETT, and ERIC CLAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| YVETTE FORTIER BLINE, | ) Case No.: 2:25-CV-02318-JAM-JDP |
|---|---|
| Plaintiff, | ) **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** |
| vs. | |
| TEHAMA COUNTY, et al. | ) **DATE: January 6, 2026** |
| | ) **TIME:  10:00am** |
| Defendant. | ) **COURTROOM: 6, 14th Floor** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 6, 2026 at 10:00am or as soon thereafter as the matter may be heard in Courtroom 6 of the United States District Courthouse located at 501 I Street, Sacramento, California, Defendants COUNTY OF TEHAMA, MATT ROGERS, DAVE KAIN, JEFF GARRETT, and ERIC CLAY (collectively "Defendants") will move, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing the entire Complaint of Plaintiff, YVETTE FORTIER BLINE.

This motion is made following the conference of counsel pursuant to the Court's standing order which took place on October 28, 2025, which was coordinated following a meet and confer email from Defense counsel on October 24, 2025, notifying Plaintiff's counsel of the intention to

file a Motion to Dismiss and the anticipated grounds for the motion. Counsel was unable to come to an agreement regarding the pleadings.

The motion is based on this notice of motion, the points and authorities filed herewith, and the pleadings already on file. The motion is made on the following grounds:

1. The First Claim (Conspiracy) fails to state a valid claim based on the intracorporate conspiracy doctrine.

2. The Second Claim (Criminal Charges Based on Deliberately False Fabricated Evidence) and both Third Claims (Unreasonable Seizure of Person; Malicious Prosecution) fail to state a valid claim against Defendants Kain, Rogers, Garrett and Clay based on absolute prosecutorial immunity and lack of causation.

3. The Fourth Claim for False Statements to the Media fails to allege sufficient to demonstrate prejudice to Plaintiff's rights, nor factually false defamatory statements.

4. The Seventh Claim for First Amendment Retaliation fails to demonstrate protected first amendment petition on a matter of public concern by a public employee.

Dated: October 31, 2025                    ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ Madison R. Sykes*
                                          By:_____
                                            SERENA M. WARNER
                                            MADISON R. SYKES
                                            Attorneys for Defendants COUNTY OF TEHAMA, MATT ROGERS, DAVE KAIN, JEFF GARRETT, and ERIC CLAY