UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FORTIER BLINE,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTHEW D. ROGERS, A.K.A.<br>MATT ROGERS, INDIVIDUALLY;<br>DAVE KAIN, INDIVIDUALLY; JEFF<br>GARRETT, INDIVIDUALLY; ERIC<br>CLAY, INDIVIDUALLY; TEHAMA<br>COUNTY; DOES 1-50,INCLUSIVE,<br><br>            Defendants. | No.  2:25-CV-02318-JAM-JDP<br><br>**ORDER PURSUANT TO PLAINTIFF'S<br>NOTICE OF INTENT NOT TO FILE AN<br>AMENDED COMPLAINT** |

The Court, having considered Plaintiff's NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT, all relevant documents, and the applicable law, hereby finds that good cause exists to grant Plaintiff's request and to DISMISS WITH PREJUDICE Plaintiff's Fourth Cause of Action (False Statements to the Media) and Seventh Cause of Action (Retaliation for Assertion of Plaintiff's First Amendment Rights) in light of Plaintiff's election to stand on her Complaint as to the remaining causes of action not covered by absolute immunity, following the Court's dismissal of the Fourth and Seventh claims without prejudice in its April 7, 2026

1

Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 19, p. 9, lines 2-25).

Defendant shall file its Answer within twenty-one (21) days of the date of this Order.  The parties also shall file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, within thirty (30) days.

Dated: May 1, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE